# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ANAISSA B. GERWALD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV414-079 |
| | ) | |
| DIMASS CHARITIES; | ) | |
| KATINA WHEELER; | ) | |
| COMMUNITY CENTER | ) | |
| MANAGEMENT, a/k/a | ) | |
| BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Anaissa Beth Gerwald, proceeding *pro se*, is back with another largely indecipherable, scatter-shot lawsuit. Doc. 1 (asking the Court to "open a new complaint -- motion 1982/83/ 1985-2441 while petitioner was in jail for unjustified violation & denial of 2nd Chance Act law -- Fraud, Theft, False Accused. . . ."). She also moves for leave to proceed *in forma pauperis* (IFP). Doc. 2. While she represents that she has been granted IFP in the past and is "incarcerated at this time," *id.* at 1, she has failed to furnish any details concerning her financial circumstances.

Accordingly, her present IFP motion (doc. 2) is **DENIED**, but she may re-apply for IFP status using the standard IFP form within 14 days of the date this Order is served. The Clerk is **DIRECTED** to include a blank IFP form with the service copy of this Order.

Her "Motion to Suit the BOP" (doc. 3; she seeks an Order terminating her probation) is **DENIED** without prejudice to her right to refile it as a separate action. *See* Fed. R. Civ. P. 18 (she cannot intermix separate subject-matter claims against disparate defendants); *In re Nintendo Co., Ltd.*, 544 F. App'x 934, 938 (Fed. Cir. 2013); *Lester v. San Francisco Sheriff Dep't*, 2013 WL 6326152 at * 1 (N.D. Cal. Dec. 4, 2013) ("multiple claims against a single party are fine, but Claim A against Defendant 1 should not be joined with unrelated Claim B against Defendant 2.") (quotes and cite omitted).

**SO ORDERED** this 9TH day of June, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2