# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

ANAISSA B. GERWALD,  )
              Plaintiff,  )
              )
v.  )    Case No. CV414-079
              )
DIMASS CHARITIES;  )
KATINA WHEELER;  )
COMMUNITY CENTER  )
MANAGEMENT, a/k/a  )
BUREAU OF PRISONS,  )
              Defendants.  )

## REPORT AND RECOMMENDATION

Anaissa Beth Gerwald, proceeding *pro se*, is back with another largely indecipherable, scatter-shot lawsuit. Doc. 1 (asking the Court to "open a new complaint -- motion 1982/83/ 1985-2441 while petitioner was in jail for unjustified violation & denial of 2nd Chance Act law -- Fraud, Theft, False Accused. . . .").[1] She also moves for leave to proceed *in forma*

---

[1] Her other cases: *Gerwald v. Bulloch County Jail*, CV612-033, doc. 6 (S.D. Ga. May 30, 2012) (case dismissed for failure to comply with Court Order); *Gerwald v. GMAC Mortgage*, CV412-066, doc. 19 (S.D. Ga. Oct. 10, 2012) (case dismissed for lack of jurisdiction); *Gerwald v. United States*, CV412-252, doc. 60 (S.D. Ga. Apr. 28, 2014) (judgment denying her 28 U.S.C. § 2255 motion); *Gerwald v. United States*, CV413-152, doc. 9 (S.D. Ga. June 27, 2014) (judgment denying her second 28 U.S.C. § 2255 motion as successive); *Gerwald v. United States*, CV413-231, doc. 8 (S.D. Ga. Dec.

*pauperis* (IFP). Doc. 2. Convicted of bankruptcy fraud, CR411-249, doc. 55 (S.D. Ga. Sep. 18, 2012), she is apparently free from prison and now claims she is debt-ridden, homeless, and *completely* penniless. Doc. 13 at 1-2. The Court doubted this assertion, so in its last Order it required her to answer specific Court interrogatories aimed at uncovering the truth. Doc. 14 at 6 (interrogatories); *see also id.* 7 ("In her response to this Order she must reproduce each enumerated item above and legibly write (or type) her *complete* answer directly after it. Failure to comply with this directive will result in a recommendation of dismissal. *Kareem v. Home Source Rental*, 2014 WL 106632 at *1 (S.D. Ga. Jan. 9, 2014) (advising dismissal for non-compliance in similar IFP-information case), *adopted*, 2014 WL 2700632 (S.D. Ga. Jun 13, 2014)."). She has disregarded that Order. Doc. 15. Accordingly, her case should be **DISMISSED**. Her additional IFP motions are **DENIED**. Docs. 13 & 15.

**SO REPORTED AND RECOMMENDED** this __2nd__ day of September, 2014.

_/s/ G. R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

17, 2013) (judgment dismissing 28 U.S.C. § 2241 petition); *Gerwald v. United States*, CV124-064 (S.D. Ga. May 1, 2014) (another § 2241 petition, case still pending).