FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 OCT 22 PM 3:25

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANAISSA GERWALD, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-079
)
DISMISS CHARITIES; KATINA )
WHEELER, Director; COMMUNITY )
CENTER MANAGEMENT, a/k/a )
Bureau of Prisons; )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 18.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ⁿᵈ day of October 2014.

                                        WILLIAM T. MOORE, JR.
                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF GEORGIA